UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PEREZ SANTILLAN,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:25-cv-00633-ART-CSD<br><br>ORDER |

Petitioner Juan Perez Santillan, immigration detainee, has filed a counseled Petition for Writ of Habeas Corpus. (ECF No. 1.) Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents and orders Respondents to file a response.

Therefore, **IT IS HEREBY KINDLY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC

20528

2) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

3) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

4) Darin Balaam, Sheriff, Washoe County Detention Center, 911 Parr Blvd, Reno, NV 89512

5) Todd Lyons, ICE Director, 500 12th St., SW, Washington, D.C. 20536

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within 2 days of the date of this Order and file and serve their response to the Petition within 7 days of the date of this Order, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioners have 7 days following the filing of the response to file a reply.

**DATED:** November 7, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE